UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANUEL RAMIREZ,

          Plaintiff,

   v.

UNITED STATES OF AMERICA, *et al.*,

          Defendants.

Case No. C12-2075-RAJ

ORDER OF DISMISSAL

     This matter comes before the court on the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge and Plaintiff's objection (Dkt. # 9) to the R&R.

     In the R&R, Judge Donohue points out that Plaintiff's complaint is "largely undecipherable," and recommends that the court dismiss it for failure to state a claim, in accordance with 28 U.S.C. § 1915(e)(2)(B). The court agrees that the complaint is indecipherable.

     Plaintiff has objected to the R&R, but his objections are also indecipherable. He insists that he has a case, but he has not explained the case in any way that would lead the court to believe he could explain it if the court granted him an additional opportunity. Finally, Plaintiff followed up his objection with a letter to the court in which he explained that he would like to file criminal charges against the prison in which he is incarcerated. Plaintiff misunderstands the

ORDER OF DISMISSAL
PAGE - 1

process of bringing criminal charges. He cannot bring criminal charges, and this court cannot order anyone to bring criminal charges. Duly appointed federal prosecutors are the sole persons who may institute criminal charges.

Having reviewed the entire record, the court concurs with the R&R's recommendation that the court dismiss this action.

(1)    The Court adopts the R&R and denies Plaintiff's objection.

(2)    The court DISMISSES this action pursuant to 28 U.S.C. § 1915(e)(2)(B).

(3)    The clerk shall enter judgment for Defendant and ensure that Judge Donohue receives notice of this order.

DATED this 1st day of May, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL
PAGE - 2